UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIL KUMAR, | No. 2:16-cv-1082 AC P |
| Plaintiff, | |
| v. | ORDER |
| STEVEN L. DUFOR, et al., | |
| Defendants. | |

A settlement conference was held in the case on March 22, 2017 before Magistrate Judge Kendall J. Newman, and the case was settled. See ECF No. 7 (minute order). On April 21, 2017, all parties filed a stipulation for voluntary dismissal of the action with prejudice, with each side to bear its own costs and attorney's fees.[1] ECF No. 10. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: April 24, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also filed a motion "to withdraw and be dropped out of this case permanently." ECF No. 9.